### BOLES V. CALKINS.

After the condition of a mortgage is broken the mortgagor's remedy for a deed is by application to chancery.

PETITION in chancery; showing, that on the 8th of November 1783, the petitioner mortgaged his house, etc. to the petitionee, for £150, to be paid in two years; that he failed of paying the money by the time; and that the premises were worth £600 lawful money; that the interest on the debt had been paid up to June last; and that said Calkins had sued him for said mortgaged premises, and threatened to turn him out of doors; praying for a further time of redemption, upon his paying what should be justly due on said mortgage.

Plea in abatement — That the petitioner had not tendered the money due on said mortgage; and no account was necessary to be taken. The petition therefore was unnecessary and idle.

Judgment — That the plea in abatement was insufficient; it was the duty of the mortgagor to have paid the money by the day, and on his failing to do it, the estate became vested at law in the mortgagee; and the mortgagor hath no means in his power, but by the aid of a court of chancery, to get reinvested with the title.

This petition is no bar to the mortgagee's recovering at law, which must be at the costs of the mortgagor; unless, it should appear that the mortgagee had been guilty of some fault. The court saw no reason for abating the petition.